1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAH MOHAMMED,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES ENGLEMAN, Warden,<br><br>　　　　　Respondent. | Case No. 2:25-cv-01011-MWC-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in *de* novo review of the portions of the Report to which Respondent objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered granting the petition
2  and dismissing this action with prejudice.

DATE: August 8, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE