JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAH MOHAMMED, <br><br> Petitioner, <br><br> v. <br><br> JAMES ENGLEMAN, Warden, <br><br> Respondent. | Case No. 2:25-cv-01011-MWC-MBK <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is **GRANTED** and this action is dismissed with prejudice.

DATE: August 8, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE